%AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Massachusetts

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Anthony Bolen, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  M.C.I. Norfolk

    Are you employed at the institution?  No   Do you receive any payment from the institution?  No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends             ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
    d. Disability or workers compensation payments      ☐ Yes    ☒ No
    e. Gifts or inheritances                            ☐ Yes    ☒ No
    f. Any other sources                                ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

2-18-04 _____
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS     MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | |
|---|---|
| Inmate Name............ | ROLAN   ANTHONY |
| Commitment number.... | W62684 |
| Period encompassed.... | 8/1/03 THRU   2/1/04 |

| | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 35.70 | 6.14 | 41.84 |
| 20% of Six Month Average Daily Balance | 8.37 | | |
| Total Expenditures for Period | | | 421.41 |
| Total Income for Period | | | 478.18 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: 3:04 PM
Date: 2/23/04

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

_court copy_

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040223 09:37

| | | |
|---|---|---|
| Commit# : | W62684 | |
| Name : | ROLAN, ANTHONY, , | |
| Inst : | MCI NORFOLK | |
| Block : | 8-2 | |
| Cell/Bed : | 112 /A | |

MCI NORFOLK      Page : 1
Statement From 20030801
To 20040601

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,060.12 | $1,059.72 | $35.26 | $35.26 |
| 20030804 13:31 | ML - Mail | 1478419 | | NOR | -DIANNE MURPHY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1504803 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20030814 22:30 | CN - Canteen | 1545805 | | NOR | -Canteen Date : 20030814 | $0.00 | $10.35 | $0.00 | $0.00 |
| 20030820 13:33 | ML - Mail | 1559166 | | NOR | -MARSHALL MURPHY | $60.00 | $0.00 | $0.00 | $0.00 |
| 20030827 13:32 | ML - Mail | 1590020 | | NOR | - DIANE MURPHY | $70.00 | $0.00 | $0.00 | $0.00 |
| 20030828 22:30 | CN - Canteen | 1603240 | | NOR | -Canteen Date : 20030828 | $0.00 | $55.65 | $0.00 | $0.00 |
| 20030908 14:46 | ML - Mail | 1635710 | | NOR | -MARIA | $40.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1647919 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030912 09:46 | CN - Canteen | 1675985 | | NOR | -Canteen Date : 20030911 | $0.00 | $47.79 | $0.00 | $0.00 |
| 20030915 14:08 | ML - Mail | 1681453 | | NOR | -DIANE MURPHY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030926 09:52 | IC - Transfer from Inmate to Club A/c | 1735218 | | NOR | -2ND THOUGHTS - Z57-2ND THOUGHTS - Z57 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030926 12:55 | ML - Mail | 1735792 | | NOR | -AWELDA FRANQUIZ ?? | $40.00 | $0.00 | $0.00 | $0.00 |
| 20031002 22:30 | CN - Canteen | 1760067 | | NOR | -Canteen Date : 20031002 | $0.00 | $38.00 | $0.00 | $0.00 |
| 20031003 14:33 | IC - Transfer from Inmate to Club A/c | 1764076 | | NOR | -808--CANTEEN CORP. WASH ACCOUNT - Z6-CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20031006 11:24 | IC - Transfer from Inmate to Club A/c | 1767012 | | NOR | -CLOTHING NM-INMATE CLOTHING PURCHASE - Z51-INMATE CLOTHING PURCHASE - Z51 | $0.00 | $19.28 | $0.00 | $0.00 |
| 20031008 16:52 | IS - Interest | 1783283 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20031009 14:25 | ML - Mail | 1804576 | | NOR | -MINERVA ROLON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031014 15:22 | ML - Mail | 1815833 | | NOR | -DIANNE M. MURPHY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031016 22:30 | CN - Canteen | 1834698 | | NOR | - Canteen Date : 20031016 | $0.00 | $20.03 | $0.00 | $0.00 |
| 20031028 14:41 | ML - Mail | 1874949 | | NOR | -DIANNE MURPHY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031106 22:30 | CN - Canteen | 1920051 | | NOR | -Canteen Date : 20031106 | $0.00 | $20.71 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1928302 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031208 15:30 | ML - Mail | 2056247 | | NOR | -DIANNE MURPHY | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031209 15:40 | IS - Interest | 2064458 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031211 22:30 | CN - Canteen | 2094145 | | NOR | - Canteen Date : 20031211 | $0.00 | $49.68 | $0.00 | $0.00 |
| 20031217 23:05 | PY - Payroll | 2119727 | | NOR | -20031130 To 20031206 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20031217 23:05 | PY - Payroll | 2119728 | | NOR | -20031130 To 20031206 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20031218 14:53 | ML - Mail | 2123585 | | NOR | -DIANNE MURPHY | $50.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $511.74 | $453.69 | $46.52 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040223 09:37

| Commit# : | W62684 | | | | MCI NORFOLK | | Page . 2 |
|---|---|---|---|---|---|---|---|
| Name : | ROLAN, ANTHONY, . | | | Statement From | 20030801 | | |
| Inst : | MCI NORFOLK | | | To | 20040601 | | |
| Block : | K-2 | | | | | | |
| Cell/Bed : | 112 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031226 11:07 | ML - Mail | 2161729 | | NOR | -A FRANQUI | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031226 11:07 | ML - Mail | 2161732 | | NOR | -MINERVA ROLAN | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2182616 | | NOR | ~20031214 To 20031220 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2182617 | | NOR | ~20031214 To 20031220 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2182686 | | NOR | ~20031214 To 20031220--Corrected Payroll 20031207 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2182687 | | NOR | ~20031214 To 20031220--Corrected Payroll 20031207 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2182696 | | NOR | ~20031214 To 20031220 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2182697 | | NOR | ~20031214 To 20031220 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20040102 22:31 | CN - Canteen | 2190603 | | NOR | -Canteen Date : 20040102 | $0.00 | $35.34 | $0.00 | $0.00 |
| 20040107 23:07 | PY - Payroll | 2210535 | | NOR | ~20031221 To 20031227 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040107 23:07 | PY - Payroll | 2210536 | | NOR | ~20031221 To 20031227 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040108 22:30 | CN - Canteen | 2216506 | | NOR | -Canteen Date : 20040108 | $0.00 | $30.74 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2231913 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040113 12:04 | IS - Interest | 2231914 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040114 23:06 | PY - Payroll | 2255139 | | NOR | ~20031228 To 20040103 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040114 23:06 | PY - Payroll | 2255140 | | NOR | ~20031228 To 20040103 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040116 15:24 | IC - Transfer from Inmate to Club A/c | 2264565 | | NOR | -CLOTHING N.M.--INMATE CLOTHING PURCHASE - 251--INMATE CLOTHING PURCHASE - 251 | $0.00 | $29.50 | $0.00 | $0.00 |
| 20040121 23:10 | PY - Payroll | 2282424 | | NOR | ~20040104 To 20040110 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040121 23:10 | PY - Payroll | 2282425 | | NOR | ~20040104 To 20040110 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040122 14:46 | ML - Mail | 2287274 | | NOR | -DIANNE MURPHY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040127 08:43 | IC - Transfer from Inmate to Club A/c | 2299534 | | NOR | -PHOTO - Z13--PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20040128 23:07 | PY - Payroll | 2311387 | | NOR | ~20040111 To 20040117 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040128 23:07 | PY - Payroll | 2311388 | | NOR | ~20040111 To 20040117 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040129 22:30 | CN - Canteen | 2317209 | | NOR | -Canteen Date : 20040129 | $0.00 | $35.34 | $0.00 | $0.00 |
| 20040204 23:07 | PY - Payroll | 2339264 | | NOR | ~20040118 To 20040124 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040204 23:07 | PY - Payroll | 2339265 | | NOR | ~20040118 To 20040124 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040209 12:16 | ML - Mail | 2351791 | | NOR | -NORMA DAVIS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:38 | IS - Interest | 2361473 | | NOR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040210 11:38 | IS - Interest | 2361474 | | NOR | | $0.00 | $0.00 | $0.02 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040223 09:37

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# : | W62684 | | | MCI NORFOLK | | Page : 3 |
| Name : | ROLAN, ANTHONY, | | Statement From | 20030801 | | |
| Inst : | MCI NORFOLK | | To | 20040601 | | |
| Block : | 8-2 | | | | | |
| Cell/Bed : | 112/A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040211 23:08 | PY - Payroll | 2384285 | | NOR | ~20040125 To 20040131 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040211 23:08 | PY - Payroll | 2384286 | | NOR | ~20040125 To 20040131 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040212 22:31 | CN - Canteen | 2390836 | | NOR | - Canteen Date : 20040212 | $0.00 | $38.28 | $0.00 | $0.00 |
| 20040218 23:06 | PY - Payroll | 2411987 | | NOR | ~20040201 To 20040207 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040218 23:06 | PY - Payroll | 2411988 | | NOR | ~20040201 To 20040207 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040220 14:14 | ML - Mail | 2421322 | | NOR | - J SERRANO | $20.00 | $0.00 | $0.00 | $0.00 |

Balance as of ending date :   Personal   Savings

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $58.45 | $46.52 | $0.00 | $0.00 | $0.00 | $0.00 |