UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Rolon,
            Plaintiff,

v.                                  Civil Action No. 04-10532-GAO

Luis Spencer, Superintendent MCI Norfolk,
            Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐   GRANTED.

☒   DENIED for the following reason(s):

   Petitioner has sufficient funds to pay the $5 filing fee.

☒   It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.


SO ORDERED.


  3/31/04                                   s/ George A. O'Toole, Jr.
DATE                                        UNITED STATES DISTRICT JUDGE