*no fee enclosed*

Anthony Rolon W-62684
(M.C.I) Norfolk
P.O. Box 43
Norfolk, Ma. 02056

Tony Anastas
(Clerk of Courts)
United States District Court
John Joseph Moakley Courthouse
1 Courthouse way, Suite 2300
Boston, Mass. 02210

April 7, 2004

Civil Action No. 04-10532-GAO

Re: **Filing Fee To Proceed**

Dear Clerk of Courts:

Please find enclosed a receipt of the $5 required filing fee that was removed from my personal account and forwarded to the **U.S. District Court** along with my **Habeas Corpus Package**.

This said information is proof that I did send the $5 filing fee. I now hope that the Court can proceed with my case.

Thank you for your attention to this matter.

Sincerely yours,

Anthony L. Rolon
W-62684
P.O. Box 43
Norfolk, Ma. 02056

ALR/file

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI NORFOLK

| | | | |
|---|---|---|---|
| Date: 2004 0407 10:05:34 | Inmate Disbursement Receipt | Receipt # | 2507562 |

| Field | Value |
|---|---|
| Institution : | MCI NORFOLK |
| Unit : | 1-1 |
| Block: | 313 |
| Commit # : | W62684 |
| Name : | ROLAN, ANTHONY |
| Type Of Transaction : | EX - External Disbursement |
| Date of Transaction : | 20040310 |
| Source : | |
| External Contact : | U S DISTRICT COURT |
| Amount : | $ 5.00 |
| Comments : | |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 55.48 | .00 | .00 | .00 | .00 | .00 |

Page 1