SCANNED
DATE: 07/02/04
BY: Sny

(Ernest Wright)

Anthony Rolon W-62684
(M.C.I) Norfolk
P.O. Box 43
Norfolk, Ma. 02056

FILED
CLERKS OFFICE

2004 JUL -1  A 11: 56

April 7, 2004

U.S. DISTRICT COURT
DISTRICT OF MASS.

Tony Anastas
(Clerk of Courts)
United States District Court
John Joseph Moakley Courthouse
1 Courthouse way, Suite 2300
Boston, Mass. 02210

Civil Action No. **04-10532-GAO**

Re: **Filing Fee To Proceed**

Dear Clerk of Courts:

Please find enclosed a receipt of the $5 required filing fee that was removed from my personal account and forwarded to the **U.S. District Court** along with my **Habeas Corpus Package**.

This said information is proof that I did send the $5 filing fee. I now hope that the Court can proceed with my case.

Thank you for your attention to this matter.

Sincerely yours,

Anthony L. Rolon
W-62684
P.O. Box 43
Norfolk, Ma. 02056

**ALR/file**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040511 14:36

| Commit# : | W62684 | | | MCI NORFOLK | | | | |
| Name : | ROLAN, ANTHONY, , | | | Statement From | 20040301 | | | |
| Inst : | MCI NORFOLK | | | To | 20040511 | | | |
| Block : | 1-1 | | | | | | | |
| Cell/Bed : | 313 /B | | | | | | | |

FILED
CLERKS OFFICE
2004 JUL -1 A 11: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

Page: 1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,676.86 | $1,555.17 | $86.78 | $35.26 |
| 20040303 23:01 | PY - Payroll | 2470795 | | NOR | ~20040215 To 20040221 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2470796 | | NOR | ~20040215 To 20040221 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2492858 | | NOR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2492859 | | NOR | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20040310 08:28 | EX - External Disbursement | 2507562 | 56714 | NOR | ~U S DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2516216 | | NOR | ~20040222 To 20040228 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2516217 | | NOR | ~20040222 To 20040228 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040311 22:30 | CN - Canteen | 2522873 | | NOR | ~Canteen Date : 20040311 | $0.00 | $39.17 | $0.00 | $0.00 |
| 20040315 10:28 | IC - Transfer from Inmate to Club A/c | 2528369 | | NOR | ~CLOTHING~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $63.24 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2545332 | | NOR | ~20040229 To 20040306 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2545333 | | NOR | ~20040229 To 20040306 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20040324 08:54 | ST - Superintendent Act Transfer | 2566236 | | NOR | ~W62684 ROLAN,ANTHONY PERSONAL | $65.57 | $0.00 | $0.00 | $65.57 |
| 20040325 09:49 | IC - Transfer from Inmate to Club A/c | 2578131 | | NOR | ~RICHARD N. IVKER~PROPERTY SHIPPING CHARGE - Z49~PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $8.59 | $0.00 | $0.00 |
| 20040325 22:30 | CN - Canteen | 2581162 | | NOR | ~Canteen Date : 20040325 | $0.00 | $20.93 | $0.00 | $0.00 |
| 20040401 22:30 | CN - Canteen | 2609509 | | NOR | ~Canteen Date : 20040401 | $0.00 | $23.91 | $0.00 | $0.00 |
| 20040405 13:07 | ML - Mail | 2615326 | | NOR | ~DIANNE MURPHY | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040408 22:30 | CN - Canteen | 2639136 | | NOR | ~Canteen Date : 20040408 | $0.00 | $17.08 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2653425 | | NOR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2653426 | | NOR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040415 22:30 | CN - Canteen | 2683671 | | NOR | ~Canteen Date : 20040415 | $0.00 | $36.94 | $0.00 | $0.00 |
| 20040428 10:06 | ML - Mail | 2725492 | | NOR | ~DIANNE MURPHY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040428 13:29 | ML - Mail | 2726022 | | NOR | KIMBERLEY A COSTA | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040429 22:30 | CN - Canteen | 2740251 | | NOR | ~Canteen Date : 20040429 | $0.00 | $33.29 | $0.00 | $0.00 |
| 20040506 08:15 | IC - Transfer from Inmate to Club A/c | 2765222 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| | | | | | | $134.79 | $252.65 | $14.05 | $65.57 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $3.83 | $0.00 |