UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Rolon
        Petitioner,

   v.

Luis Spencer, Superintendent.

        Respondent.

CIVIL ACTION

NO.   04-10532-GAO

## O R D E R

On March 12, 2004, petitioner Anthony Rolon, filed a petition for a writ of habeas corpus under Section 2254 and an application to proceed without prepayment of fees. On April 2, 2004, this Court denied petitioner's application to proceed without prepayment of fees and directed petitioner to submit the $5 filing fee within 42 days. On April 12, 2004 and July 1, 2004, petitioner submitted letters stating that he believes that he has already paid the fee, accompanied by an inmate disbursement receipt from the institution at which he is incarcerated. Petitioner did not submit a copy of a receipt showing payment to the Court. As of the date of this Order, court records do not reflect receipt of the $5 filing fee from petitioner.

ACCORDINGLY, it is hereby ordered that petitioner is granted an additional 42 days from the date of this order to pay the $5 filing fee or this action will be dismissed.

SO ORDERED.

  8/13/04
Date

s/ George A. O'Toole, Jr.
United States District Judge

(2241servINS.wpd - 09/00)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[2241serv.]