UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ROLON,<br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>    Respondent. | )<br>)<br>)   Civil Action No. 04-10532-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ENLARGE TIME FOR FILING ANSWER**

The respondent, Luis Spencer, through undersigned counsel, hereby respectfully requests that this Court grant him an enlargement of time until December 10, 2004, within which he must file his answer to the habeas corpus petition. The respondent states that he has begun his analysis of this case and, based upon his preliminary review, the petition appears to be timely filed, 28 U.S.C. § 2244(d). Further, the petitioner appears to have sufficiently exhausted his state-court remedies before filing his petition. 28 U.S.C. § 2254(b).

Currently, the respondent is awaiting the delivery of transcripts of the state court proceedings from the Bristol District Attorney. He anticipates their arrival within one-week. Upon receiving these documents, the respondent will be able to supplement his answer with a list of available state court transcripts, as he is required to do pursuant to 28 U.S.C. § 2254 Rule 5.

                        Respectfully submitted,

                        THOMAS F. RILEY
                        Attorney General

                        /s/ Daniel I. Smulow
                        Daniel I. Smulow, BBO No. 641668
                        Assistant Attorney General
                        Criminal Bureau
                        One Ashburton Place

Boston, Massachusetts 02108<br>(617) 727-2200 ext. 2949

Dated: November 29, 2004

### Certificate of Compliance with Local Rule 7.1(A)(2)

I am unable to consult with the petitioner because he is presently incarcerated.

/s/ Daniel I. Smulow

### Certificate of Service

I hereby certify that a true copy of the above document was served on Anthony Rolon, W-62684, M.C.I. - Norfolk, P.O. Box 43, Norfolk, MA 02056-0043, by first class mail, postage prepaid, on November 29, 2004.

/s/ Daniel I. Smulow