UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



Rolon v. Spencer,                               No. 04-10532-GAO

PETITIONER'S MOTION FOR STAY

The petitioner, Anthony Rolon, hereby moves this Honorable Court for a Stay Of Execution on his above-captioned Habeas Corpus Petition.

As grounds therefore, and as attested in the enclosed Affidavit In Support Of Motion For Stay, the petitioner is required to exhaust all State remedies prior to the litigation in the Federal forum.

WHEREFORE, the petitioner prays this Honorable Court allow his motion.

April 8, 2005                         Respectfully submitted,

                                      Anthony Rolon
                                      Box 43,
                                      Norfolk, MA 02056

Certificate of Service:

I, Anthony Rolon, hereby certify that I mailed a true copy of the above motion, and Affidavit In Support to Tom Reilly, Attorney General, One Ashburton Place, Boston, MA 02108 by mailing same postage prepaid on April 11, 2005.

                              /s/ _____
                                   Anthony Rolon