UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Rolon v. Spencer,                              No. 04-10532-GAO

AFFIDAVIT IN SUPPORT OF MOTION
FOR STAY

I, Anthony Rolon, do hereby depose and state the following

to be true:

1.    I am the petitioner in the above-captioned Habeas
      Corpus matter.

2.    I have exhausted all my State remedies in the Supreme
      Judicial Court except for the following which I intend
      to return to Superior Court with a collateral motion
      for new trial under M.R.Crim.P. 30:

      a.    Ineffective assistance of counsel - both trial
            and appellate counsel. **Massaro v. United States**,
            --US--, 123 S.Ct. 1690 (2003)

      b.    That the reinstatement of the petitioner's
            1st Degree Murder conviction after the trial
            Court reduced the verdict to 2nd degree placed
            him in double jeopardy and where the SJC
            failed to follow its stare decisis in the case
            of **Commonwealth v. Woodward**, 427 Mass. 659
            (1998)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS

EIGHTH DAY OF APRIL, TWO THOUSAND AND FIVE.

                              /s/ _____
                                  Anthony Rolon
                                  Box 43,
                                  Norfolk, MA 02056