Anthony Rolon
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056-0043

July 12, 2005

Tony Anastas
Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
U.S. Courthouse  Suite 2300
One Courthouse Way
Boston, MA 02210

    RE: Spencer v. Rolon, C.A. No. 04-10532-GAO

Dear Clerk of Court:

    In the above named and numbered case please send me a complete and updated docket entry sheet.

    Thank you for your attention in this matter.

                                     Sincerely yours,

                                     Anthony Rolon

cc. file