UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rolon v. Spencer,                    No. 04-10532-GAO

PETITIONER'S RENEWED MOTION FOR STAY AND
ABEYANCE, OR, IN THE ALTERNATIVE, DISMISSAL
WITHOUT PREJUDICE

The petitioner, Anthony Rolon, hereby moves this Honorable Court, pursuant to judicial economy and the fact that irreparable injury will result if the stay is not granted, for stay and abeyance. **Bundy v. Wainwright**, 808 F.2d 1410 (CA 11 Fla. 1987) And, according to **Lonchar v. Thomas**, the effect of a denial of the motion to stay is the equivalent of a denial on the merits. [517 US 314, 319-20 (1996)]

As grounds therefore, and as attested in the enclosed Affidavit In Support of Motion, the petitioner just completed his Rule 30, is attempting to retain counsel, as the issues are new and substantial, yet unexhausted to the Commonwealth.

WHEREFORE, the petitioner prays this Honorable Court allow him a stay and abeyance, or, in the alternative, dismissal without prejudice to exhaust State remedies.

Rolon v. Spencer,                Stay-Renew                              -2-

September 14, 2005

Respectfully submitted,

Anthony Rolon, Pro Se
Box 43,
Norfolk, MA 02056

<u>Certificate Of Service:</u>
I, Anthony Rolon, hereby certify that I mailed a true copy of the above motion to Daniel I. Smulow, Assistant Attorney General, One Ashburton Place Boston, MA 02108, by placing same in the institutional mailbox, postage prepaid on September 14, 2005.

/s/ Anthony Rolon