UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ROLON,<br>　　Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>　　Respondent. | )<br>)<br>)　Civil Action No. 04-10532-GAO<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION TO DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

Luis Spencer, the respondent, hereby moves to dismiss the petition for writ of habeas corpus filed by Anthony Rolon (the "petitioner"). As grounds, the respondent states that the petitioner has failed to comply with this Court's order to brief the merits of his presently pending habeas corpus petition, but instead has filed his third motion to stay the case, and because, in any event, there is no merit to any of the petitioner's claims.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　　/s/ Daniel I. Smulow
　　　　　　　　　　　　　　　　　　　　Daniel I. Smulow, BBO 641668
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　(617) 727-2200 ext. 2949

Dated: December 30, 2005

**Certificate of Service**

      I, Daniel I. Smulow, hereby certify that on December 30, 2005, I served a true copy of this document by first class mail to the petitioner: Anthony Rolon, M.C.I. - Norfolk, P.O. Box 43 Norfolk, MA 02056-0043.

                                                               /s/ Daniel I. Smulow  
                                                               Daniel I. Smulow

**Certificate of Compliance with Local Rule 7.1(A)(2)**

      I am unable to consult with the petitioner because he is presently incarcerated; however, in light of the relief sought by this motion, it is my belief that he would not assent to it.

                                                               /s/ Daniel I. Smulow  
                                                               Daniel I. Smulow