UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10532-GAO

ANTHONY ROLON,
Petitioner,

v.

LUIS SPENCER,
Respondent.

### ORDER ADOPTING REPORT AND RECOMMENDATION
September 29, 2006

O'TOOLE, D.J.

After review of the relevant pleadings, including the petition and the parties' memoranda concerning the motion to dismiss, the report and recommendation of the Magistrate Judge, and the petitioner's objection, I conclude that the Magistrate Judge's analysis and recommended disposition of the motion are correct. Accordingly, I ADOPT the report and recommendation.

The respondent's motion to dismiss (dkt. no. 21) is GRANTED. The petition is DISMISSED.

It is SO ORDERED.

_September 29, 2006_  
DATE

_/s/ George A. O'Toole_  
DISTRICT JUDGE