UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Rolon, Petitioner

-vs.-

Luis Spencer, Respondent

No. 04-10532-GAO

NOTICE OF APPEAL

The petitioner, Anthony Rolon, pursuant to F.R.App.P. 3(a), hereby appeals the decision of the Court, O'Toole, D.J., who, on September 29, 2006, <u>Granted</u> the Respondent's Motion To Dismiss.

Pursuant to 28 USC §2253(c), petitioner has enclosed a Request For A Certificate Of Appealability.

October 11, 2006        /s/ _____
                        Anthony Rolon, Pro Se
                        MCI-Norfolk
                        Box 43,
                        Norfolk, MA 02056

Certificate Of Service:
I, Anthony Rolon, hereby certify that I mailed a true copy of the above Notice Of Appeal, with the Request For Certificate Of Appealability, to Daniel Smulow, Assistant Attorney General, One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid, on October 12, 2006.

                        /s/ _____
                        Anthony Rolon, Pro Se