District of Massachusetts Version 2.5 - Docket Report   Page 1 of 4
Case 1:04-cv-10532-GAO   Document 29-2   Filed 12/04/2006   Page 1 of 4

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10532-GAO

Rolon v. Spencer
Assigned to: Judge George A. O'Toole, Jr
Referred to: Magistrate Judge Leo T. Sorokin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/12/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

Anthony Rolon

represented by **Anthony Rolon**
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056-0043
PRO SE

V.

**Respondent**

Luis Spencer
*Superintendent-MCI Norfolk*

represented by **Daniel I. Smulow**
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Anthony Rolon. (Jenness, Susan) (Entered: 03/16/2004) |
| 03/12/2004 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Anthony Rolon.(Jenness, Susan) (Entered: 03/16/2004) |
| 03/12/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 03/16/2004) |
| 03/16/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 03/16/2004) |
| 04/02/2004 | 3 | Judge George A. O'Toole Jr.: ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. Petitioner has sufficient funds to pay the $5 filing fee. (Lanier, Marjorie) (Entered: 04/02/2004) |
| 04/05/2004 |  | Copy of No. 3 mailed to plaintiff via us mail (Jenness, Susan) Modified on 4/14/2004 (Jenness, Susan). (Entered: 04/05/2004) |

| | | |
|---|---|---|
| 04/12/2004 | 4 | Letter/request (non-motion) from Mr. Rolon. Re:Withdrawal of filing fee from his inmate account made out to U.S. District Court(Jenness, Susan) (Entered: 04/14/2004) |
| 07/01/2004 | 5 | Letter/request (non-motion) from Anthony L. Rolon indicating that he paid the $5.00 filing fee. (letter forwarded for confirmation). (Jenness, Susan) (Entered: 07/13/2004) |
| 08/13/2004 | 6 | Judge George A. O'Toole Jr.: ORDER entered. Petitioner is granted an additional 42 days from the date of this order to pay the $5 filing fee or this action will be dismissed. cc/cl(Lanier, Marjorie) (Entered: 08/16/2004) |
| 08/13/2004 |  | Set/Reset Deadlines: Show Cause Response due by 9/27/2004. Petitioner must pay $5 filing fee by this date or this action will be dismissed. (Lanier, Marjorie) (Entered: 08/16/2004) |
| 11/08/2004 | 7 | Judge George A. O'Toole Jr.: ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. ( Copy mailed out to Petitioner)(Lyness, Paul) (Entered: 11/08/2004) |
| 11/29/2004 | 8 | MOTION for Extension of Time to December 10, 2004 to File Answer by Luis Spencer.(Smulow, Daniel) (Entered: 11/29/2004) |
| 12/03/2004 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 8 Motion for Extension of Time to Answer re 2 Petition for writ of habeas corpus (28:2254) Luis Spencer. (Lyness, Paul) (Entered: 12/03/2004) |
| 12/08/2004 | 9 | ANSWER to Complaint , *Petition for Writ of Habeas Corpus* by Luis Spencer.(Smulow, Daniel) (Entered: 12/08/2004) |
| 12/09/2004 | 10 | Supplemental ANSWER to Complaint by Luis Spencer.(Edge, Eugenia) (Entered: 12/09/2004) |
| 04/14/2005 | 11 | MOTION to Stay re 2 Petition for writ of habeas corpus (28:2254) by Anthony Rolon. c/s(Edge, Eugenia) (Entered: 04/20/2005) |
| 04/14/2005 | 12 | AFFIDAVIT in Support re 11 MOTION to Stay re 2 Petition for writ of habeas corpus (28:2254). (Edge, Eugenia) (Entered: 04/20/2005) |
| 04/22/2005 | 13 | Opposition re 11 MOTION to Stay re 2 Petition for writ of habeas corpus (28:2254) filed by Luis Spencer. (Smulow, Daniel) (Entered: 04/22/2005) |
| 07/13/2005 | 14 | Letter/request status on matter (non-motion) from Anthony Rolon. Docket sheet sent along with copy of 28 U.S.C. 1915 (c)(Edge, Eugenia) (Entered: 07/13/2005) |
| 08/24/2005 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 11 Motion to Stay ( Copy of Order mailed out to Petitioner) (Lyness, Paul) (Entered: 08/24/2005) |
| 08/24/2005 | 15 | Judge George A. O'Toole Jr.: ORDER entered. REFERRING CASE to Magistrate Judge Leo T. Sorokin Referred for: for full pretrial case management, including all dispositive motions. ( Copy of Order of Reference mailed out to Petitioner)(Lyness, Paul) (Entered: 08/24/2005) |

| | | |
|---|---|---|
| 09/06/2005 | | Judge Leo T. Sorokin : Electronic ORDER entered. The Court enters the following briefing schedule. Petitioner shall file his Memorandum in Support of his Petition by October 11, 2005. Respondent shall file his Memorandum in Opposition to the Petition by November 14, 2005. So Ordered. (Sorokin, Leo) (Entered: 09/06/2005) |
| 09/19/2005 | 16 | RENEWED MOTION for Stay and Abeyance, or in the alternative, Dismissal without prejudice by Anthony Rolon. c/s(Edge, Eugenia) (Entered: 09/20/2005) |
| 09/19/2005 | 17 | AFFIDAVIT in Support re 16 RENEWED MOTION to Stay. (Edge, Eugenia) (Entered: 09/20/2005) |
| 11/01/2005 | 18 | Magistrate Judge Leo T. Sorokin : MEMORANDUM AND ORDER; Petitioner has filed a renewed Motion to Stay or in the Alternative to Dismiss His Petitioner Without Prejudice (Docket #16). For the reasons set forth below the Court DENIES the Motion. Petitioner is hereby ORDERED to file his brief on the merits by December 1, 2005. Petitioner's failure a second time to file his brief may result in a dismissal of this action. The Respondent's brief is due thirty days after the filing of the Petitioner's brief.(Simeone, Maria) (Entered: 11/01/2005) |
| 11/08/2005 | 19 | Return receipt received for mail sent to Anthony Rolon Delivered on 11/4/05 (Simeone, Maria) (Entered: 11/08/2005) |
| 11/30/2005 | 20 | BRIEF on Merits by Anthony Rolon to 18 Memorandum & ORDER,,. c/s (Edge, Eugenia) (Entered: 11/30/2005) |
| 12/30/2005 | 21 | MOTION to Dismiss *Habeas Corpus Petition* by Luis Spencer.(Smulow, Daniel) (Entered: 12/30/2005) |
| 12/30/2005 | 22 | MEMORANDUM in Support re 21 MOTION to Dismiss *Habeas Corpus Petition* filed by Luis Spencer. (Smulow, Daniel) (Entered: 12/30/2005) |
| 09/12/2006 | 23 | Magistrate Judge Leo T. Sorokin : REPORT AND RECOMMENDATIONS ; For the foregoing reasons, I recommend that the court ALLOW Respondent's Motion to Dismiss (Docket # 21). re 21 MOTION to Dismiss *Habeas Corpus Petition* filed by Luis Spencer. (Simeone, Maria) (Entered: 09/12/2006) |
| 09/12/2006 | | ELECTRONIC NOTICE re 23 REPORT AND RECOMMENDATIONS re 21 MOTION to Dismiss *Habeas Corpus Petition* filed by Luis Spencer; copy mailed to plaintiff by certified mail #7992 to MCI Norfolk (Simeone, Maria) (Entered: 09/12/2006) |
| 09/13/2006 | 24 | Magistrate Judge Leo T. Sorokin : REPORT AND RECOMMENDATIONS re 23 REPORT AND RECOMMENDATIONS re 21 MOTION to Dismiss *Habeas Corpus Petition* filed by Luis Spencer, The Report and Recommendation dated September 12, 2006 failed to notify Petitioner of his right to object to the District Judge to the Recommendation. The Report and Recommendation so notifies the Petitioner. In all other respects, it is identical. (Simeone, Maria) (Entered: 09/13/2006) |
| 09/13/2006 | | Mail sent certified to Anthony Rolon at MCI Norfolk cert #8012;24 REPORT AND RECOMMENDATIONS re 23 REPORT AND |

| | | |
|---|---|---|
| | | RECOMMENDATIONS re 21 MOTION to Dismiss *Habeas Corpus Petition* filed by Luis Spencer, Recommendation: To allow the respondents motion to dismiss (Simeone, Maria) (Entered: 09/13/2006) |
| 09/22/2006 | 25 | OBJECTION to 23 Report and Recommendations filed by Anthony Rolon. c/s (Edge, Eugenia) (Entered: 09/22/2006) |
| 09/29/2006 | 26 | Judge George A. O'Toole Jr.: ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 24 Report and Recommendations, Action on motion: The respondent's motion to dismiss (dkt. no. 21) is GRANTED. The petition is DISMISSED. (Lyness, Paul) ( Copy of this Order mailed out to petitioner) (Entered: 10/02/2006) |
| 10/02/2006 | | Civil Case Terminated. (Lyness, Paul) (Entered: 10/02/2006) |
| 10/16/2006 | 27 | MOTION for Certificate of Appealability by Anthony Rolon. c/s(Edge, Eugenia) (Entered: 10/18/2006) |
| 10/16/2006 | 28 | NOTICE OF APPEAL as to 26 Order Adopting Report and Recommendations, by Anthony Rolon. $ 0.00 (motion for certificate of appealability pending) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/6/2006. (Edge, Eugenia) (Entered: 10/18/2006) |