UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-10532-GAO

ANTHONY ROLON

v.

LUIS SPENCER

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1 Through 28

and contained in Volume I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on October 16, 2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 4, 2006.

Sarah A Thornton, Clerk of Court

By: /s/
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/4/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2682

- 3/06