UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10532-GAO

ANTHONY ROLON,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

ORDER
November 8, 2006

O'TOOLE, D.J.

The petitioner has moved for a certificate of appealability as to three issues:

1. Whether the Magistrate and the District Court issued an unreasonable order of dismissal in violation of the US Supreme Court, Rhines v. Weber, 544 US 269 (2005)[.]

2. Whether the Equal Protection Clause of the 14th Amendment required the Court to set a time limit on the petitioner's returning to State Court after allowing him a dismissal without prejudice so he would not be under the stringent requirements of 28 USC §2244(b)(3)(A).

3. Whether the Respondent, the Magistrate, and the District Court, knowing the petitioner's attorney had denied him access to the United States Courts by failing to exhaust State remedies, trapped the petitioner by reaching the [unexhausted] State claims, two of which were based on either a State statute or State Rule of Criminal Procedure.

The petitioner based his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on three grounds: that the prosecutor in his state murder trial had improperly vouched for a witness; that he had been entitled to a required finding of not guilty because of the insufficiency

of the evidence; and, that the Supreme Judicial Court should have exercised its discretion to reduce his conviction from murder to manslaughter. After the respondent had answered the petition, the petitioner moved to stay the proceedings so that he could raise two additional grounds in the state courts. (He apparently recognized that the two additional grounds he wished to raise were not exhausted for habeas purposes.) His motion to stay was denied, as was a renewed motion made thereafter. The case was referred to a magistrate judge for a report and recommendation as to the merits of the petition. The magistrate judge recommended that the petition be dismissed because the grounds for relief that were asserted in the petition all lacked merit. The petitioner timely objected. After review, I adopted the report and recommendation and the petition was dismissed.

In his first proposed issue for appeal, the petitioner seeks review of the denials of his motions to stay proceedings on the petition, asserting essentially that the refusal to grant the stay was unreasonable under <u>Rhines</u>. Since <u>Rhines</u> is a relatively recent precedent, it is possible that reasonable jurists could disagree about whether it commands a stay in the circumstances of the petitioner's case. Accordingly, I GRANT the certificate of appealability as to the first issue identified by the petitioner.

The other two issues, however, are not proper matters for appeal, at least at this time. Whether any subsequent petition raising issues yet to be exhausted would be barred by the rule against successive petitions will have to be determined if and when any subsequent petition is filed. That question cannot be answered in the abstract. As to the second and third issues

identified in his application, therefore, I DENY the application and decline to issue a certificate of appealability.

It is SO ORDERED.

| | |
|---|---|
| November 8, 2006 | /s/ George A. O'Toole, Jr. |
| _____ | _____ |
| DATE | DISTRICT JUDGE |