FILED
IN CLERKS OFFICE

2007 JAN 18

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Rolon v. Spencer</u>,　　　　　　　　　　04-10532-GAO
　　　　　　　　　　　　　　　　　　　　06-2682

## MOTION TO PROCEED
## IN FORMA PAUPERIS

The appellant, Anthony Rolon, having been allowed a Certificate Of Appealability by the Court, O'Toole, J., hereby moves this Honorable Court, pursuant to 28 USC §1915, to allow petitioner to proceed on the above-captioned appeal, without payment of fees.

As grounds therefore, and as attested in the enclosed Affidavit in support of this motion, the petitioner is unable to pay the costs of this appeal. He also submits a 6-month printout issued by the Treasurer. As further grounds, the petitioner submits the Order from the Appeals Court.

January 18, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Anthony Rolon, Pro Se
　　　　　　　　　　　　　　　　Box 43, Norfolk, MA 02056

Certificate Of Service:
I, Anthony Rolon, hereby certify that I mailed a copy of the above motion, with the Affidavit in support of the motion, and a copy of the Appeals Court Order to Annette, C. Benedetto, AAG, One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid on January 18, 2007 by placing same in the institution mailbox.

/s/ Anthony Rolon, Pro Se