# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20070111 15:18

Page: 1

| Commit# : | W62684 |
|---|---|
| Name : | ROLAN, ANTHONY, , |
| Inst : | MCI NORFOLK |
| Block : | 1-1 |
| Cell/Bed : | 316 /A |

Statement From 20060701 To 20070101

FILED IN CLERKS OFFICE 2007 JAN 18 P 12:21 U.S. DISTRICT COURT DISTRICT OF MASS.

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $14,928.58 | $13,968.78 | $8,572.55 | $244.54 |
| 20060706 22:30 | CN - Canteen | 6945360 | | NOR | Canteen Date : 20060706 | $0.00 | $44.78 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6965944 | | NOR | | $0.92 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6965945 | | NOR | | $0.00 | $0.00 | $50.85 | $0.00 |
| 20060720 22:30 | CN - Canteen | 7035069 | | NOR | Canteen Date 20060720 | $0.00 | $15.85 | $0.00 | $0.00 |
| 20060725 13:07 | AT - Account Transfer | 7047652 | | NOR | MONEY NOT EARNED INCOME/ SS SETTLEMENT- W62684 ROLAN,ANTHONY PERSONAL | $500.00 | $0.00 | $0.00 | $500.00 |
| 20060727 22:30 | CN - Canteen | 7065212 | | NOR | Canteen Date 20060727 | $0.00 | $57.40 | $0.00 | $0.00 |
| 20060728 09:38 | IC - Transfer from Inmate to Club A/c | 7068430 | | NOR | Attorney at Lw Emanuel Howard POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $3.51 | $0.00 | $0.00 |
| 20060728 10:33 | VI - Visitation | 7068728 | | NOR | MACHADO, DAWN, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060728 10:33 | MA - Maintenance and Administration | 7068730 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060731 14:02 | ML - Mail | 7073626 | | NOR | Norma J Davis- DAVIS, NORMA, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7083225 | | NOR | | $0.82 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7083226 | | NOR | | $0.00 | $0.00 | $53.00 | $0.00 |
| 20060803 14:42 | EX - External Disbursement | 7115284 | 72315 | NOR | DIAMOND ESSENCE | $0.00 | $230.45 | $0.00 | $0.00 |
| 20060803 14:42 | MA - Maintenance and Administration | 7115286 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060804 08:17 | IC - Transfer from Inmate to Club A/c | 7118611 | | NOR | 4) photo tickets -PHOTO - Z13 -PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20060810 15:21 | VC - Voided Check | 7154986 | 72315 | NOR | DIAMOND ESSENCE | $230.45 | $0.00 | $0.00 | $0.00 |
| 20060817 22:30 | CN - Canteen | 7191779 | | NOR | Canteen Date - 20060817 | $0.00 | $68.80 | $0.00 | $0.00 |
| 20060818 10:23 | EX - External Disbursement | 7194461 | 72604 | NOR | DAWN MACHADO | $0.00 | $200.00 | $0.00 | $0.00 |
| 20060829 12:52 | ML - Mail | 7235771 | | NOR | Aureeda Francis -FRANCIS, AUREEDA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060830 15:18 | IC - Transfer from Inmate to Club A/c | 7241804 | | NOR | 810 -CANTEEN CORP. WASH ACCOUNT - Z6 -CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20060831 09:34 | AT - Account Transfer | 7252631 | | NOR | LIFER/ REQUEST -W62684 ROLAN,ANTHONY PERSONAL | $500.00 | $0.00 | $0.00 | $500.00 |
| 20060831 22:30 | CN - Canteen | 7255986 | | NOR | Canteen Date 20060831 | $0.00 | $46.64 | $0.00 | $0.00 |
| 20060905 12:59 | IC - Transfer from Inmate to Club A/c | 7269128 | | NOR | 1534,1555,1564 7327,8233,7790 74 49 7411 INMATE CLOTHING PURCHASE - Z51 -INMATE CLOTHING PURCHASE - Z51 | $0.00 | $139.35 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7272810 | | NOR | | $2.46 | $0.00 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7272811 | | NOR | | $0.00 | $0.00 | $52.21 | $0.00 |
| 20060907 22:30 | CN - Canteen | 7310547 | | NOR | Canteen Date 20060907 | $0.00 | $43.10 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20070111 15:18

Page : 2

| Commit# : | W62684 | | | | | MCI NORFOLK | | | |
| Name : | ROLAN, ANTHONY, , | | | | Statement From | 20060701 | | | |
| Inst : | MCI NORFOLK | | | | To | 20070101 | | | |
| Block : | 1-1 | | | | | | | | |
| Cell/Bed : | 316 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060921 22:30 | CN - Canteen | 7380903 | | NOR | Canteen Date : 20060921 | $0.00 | $61.22 | $0.00 | $0.00 |
| 20060922 08:38 | IC - Transfer from Inmate to Club A/c | 7383620 | | NOR | (1) photo tickets PHOTO - Z13 PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20060928 22:30 | CN - Canteen | 7416290 | | NOR | Canteen Date : 20060928 | $0.00 | $62.86 | $0.00 | $0.00 |
| 20060929 11:11 | IC - Transfer from Inmate to Club A/c | 7418451 | | NOR | Certified letter to Sarah Thornton (Clerk of Courts) on 09/21/06~POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060929 11:12 | IC - Transfer from Inmate to Club A/c | 7418453 | | NOR | Certified letter to Daniel Smulow Assistant Attorney General on 09/21/06~POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20061003 09:41 | IC - Transfer from Inmate to Club A/c | 7429894 | | NOR | unit acct.~SODA CAN REFUND 1-1 - Z111~SODA CAN REFUND 1-1 - Z111 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20061003 16:45 | IS - Interest | 7434235 | | NOR | | $3.48 | $0.00 | $0.00 | $0.00 |
| 20061003 16:45 | IS - Interest | 7434236 | | NOR | | $0.00 | $0.00 | $47.17 | $0.00 |
| 20061006 10:20 | IC - Transfer from Inmate to Club A/c | 7475333 | | NOR | PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20061016 10:55 | IC - Transfer from Inmate to Club A/c | 7515701 | | NOR | CLERK OF COURT SARAH A THORTON POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.03 | $0.00 | $0.00 |
| 20061016 10:55 | IC - Transfer from Inmate to Club A/c | 7515705 | | NOR | ASSISTANT ATTORNEY DANIEL SMULOW POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.03 | $0.00 | $0.00 |
| 20061019 16:34 | IC - Transfer from Inmate to Club A/c | 7540938 | | NOR | -8/17/06 MED CO-PAY~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20061019 16:34 | AT - Account Transfer | 7540937 | | NOR | FOR MED CO-PAY~W62684 ROLAN,ANTHONY PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20061019 22:30 | CN - Canteen | 7542815 | | NOR | Canteen Date : 20061019 | $0.00 | $69.89 | $0.00 | $0.00 |
| 20061020 10:58 | EX - External Disbursement | 7546205 | 73712 | NOR | JADEN MOORE OF NEW YORK | $0.00 | $2.50 | $0.00 | $0.00 |
| 20061020 10:58 | MA - Maintenance and Administration | 7546207 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061023 11:24 | IC - Transfer from Inmate to Club A/c | 7550554 | | NOR | (3) photo tickets~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20061026 22:30 | CN - Canteen | 7576132 | | NOR | Canteen Date : 20061026 | $0.00 | $57.50 | $0.00 | $0.00 |
| 20061108 08:26 | IC - Transfer from Inmate to Club A/c | 7634859 | | NOR | (3) haircut tickets~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20061108 08:36 | IC - Transfer from Inmate to Club A/c | 7634947 | | NOR | (3) photo tickets~PHOTO - Z13 PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7653353 | | NOR | | $2.41 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7653354 | | NOR | | $0.00 | $0.00 | $48.72 | $0.00 |
| 20061109 22:30 | CN - Canteen | 7670658 | | NOR | Canteen Date : 20061109 | $0.00 | $68.62 | $0.00 | $0.00 |
| 20061113 12:19 | IC - Transfer from Inmate to Club A/c | 7677356 | | NOR | unit acct.- SODA CAN REFUND 1-1 - Z111~SODA CAN REFUND 1-1 - Z111 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061116 22:30 | CN - Canteen | 7705777 | | NOR | Canteen Date : 20061116 | $0.00 | $63.84 | $0.00 | $0.00 |
| 20061122 22:30 | CN - Canteen | 7738387 | | NOR | Canteen Date : 20061122 | $0.00 | $34.76 | $0.00 | $0.00 |
| 20061127 09:54 | IC - Transfer from Inmate to Club A/c | 7742414 | | NOR | 806 CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP | $0.00 | $8.24 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20070111 15:18

Page : 3

| Commit# : | W62684 | | | | MCI NORFOLK | | | | |
| Name : | ROLAN, ANTHONY | | | Statement From | 20060701 | | | | |
| Inst : | MCI NORFOLK | | | To | 20070101 | | | | |
| Block : | 1-1 | | | | | | | | |
| Cell/Bed : | 316 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | WASH ACCOUNT - Z6 | | | | |
| 20061130 22 30 | CN - Canteen | 7770862 | | NOR | Canteen Date 20061130 | $0.00 | $51.81 | $0.00 | $0.00 |
| 20061205 09 56 | CI - Transfer from Club to Inmate A/c | 7788350 | | NOR | 11/22/06 canteen refund--W62684 ROLAN,ANTHONY PERSONAL- KCN WASH ACCOUNT - Z5 | $3.40 | $0.00 | $0.00 | $0.00 |
| 20061207 10 34 | EX - External Disbursement | 7809957 | 74611 | NOR | BOTTLE THOUGHTS | $0.00 | $24.95 | $0.00 | $0.00 |
| 20061207 10 34 | MA - Maintenance and Administration | 7809959 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061207 16 34 | IS - Interest | 7814857 | | NOR | | $1.07 | $0.00 | $0.00 | $0.00 |
| 20061207 16 34 | IS - Interest | 7814858 | | NOR | | $0.00 | $0.00 | $46.35 | $0.00 |
| 20061207 22 30 | CN - Canteen | 7831896 | | NOR | Canteen Date . 20061207 | $0.00 | $32.20 | $0.00 | $0.00 |
| 20061211 15 37 | AT - Account Transfer | 7843081 | | NOR | W62684 ROLAN,ANTHONY PERSONAL | $100.00 | $0.00 | $0.00 | $100.00 |
| 20061215 08 45 | IC - Transfer from Inmate to Club A/c | 7873656 | | NOR | (3) haircut tickets- HAIRCUT REVENUE - Z3 HAIRCUT REVENUE - Z3 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20061228 22 30 | CN - Canteen | 7947005 | | NOR | Canteen Date . 20061228 | $0.00 | $62.78 | $0.00 | $0.00 |
| | | | | | | $1,488.01 | $1,526.99 | $298.30 | $1,103.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $20.82 | $7,523.51 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $201.61 | $7,371.05 | $0.00 | $0.00 | $0.00 | $0.00 |