## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-2682

USDC Docket Number : 04-cv-10532

Antony Rolon

v.

United States of America

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

31

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 6, 2007.

Sarah A. Thornton, Clerk of Court

By:

Deputy

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/6/7 .

Deputy Clerk, US Court of Appeals

- 3/06