**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-2682

ANTHONY ROLÓN,
Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT - MCI NORFOLK,
Respondent, Appellee.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

**JUDGMENT**

Entered: October 11, 2007

Pro se petitioner Anthony Rolón seeks relief pursuant to 28 U.S.C. §2254 from his Massachusetts state conviction for first degree murder among several other crimes. The district court granted a certificate of appealability ("COA") on one issue and we construe petitioner's brief to request the expansion of the COA to include the other two issues he raised in his application for a COA before the district court. The request for an expanded COA is granted.

Therefore, the three issues on appeal are whether the district court erred by: (1) denying petitioner's motion to stay the federal habeas action so that he could exhaust additional state law claims; (2) denying petitioner's request for a dismissal without prejudice for the same purpose; and (3) considering the exhausted claims despite the fact that a stay or dismissal were not granted.

The primary issue before us is whether the district court erred by denying the stay and refusing to hold the federal habeas matter in abeyance while petitioner exhausted the previously unexhausted state claims. A district court should stay and hold in abeyance a mixed habeas petition if: (1) there is good cause for petitioner's failure to exhaust all claims; (2) the unexhausted claims are potentially meritorious; and (3) there is no indication that the petitioner engaged in dilatory tactics. Rhines v. Weber,

544 U.S. 269, 278 (2005)   However, "the district court would abuse its discretion if it were to grant . . . a stay when [petitioner's] claims are plainly meritless."  Id.

The district court did not err by denying the stay.  Rolón did not supply good cause for his failure to exhaust all state claims prior to seeking federal habeas relief.  Nor did the district court err by refusing to dismiss the case without prejudice.  Had the district court dismissed the case without prejudice, petitioner would have forever been denied federal habeas review of all of his claims, including those that were properly exhausted.  Rhines, 544 U.S. at 272, 275.  The district court was correct to adjudicate the exhausted claims despite the fact that a stay or dismissal was not granted.  Id. at 278.

Accordingly, the appeal is denied.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
       MARGARET CARTER
       Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date:

[cc:  Anthony Rolon, Annette C. Benedetto, Esq.]